I'm not sure you need to settle yourselves too much. Okay, Mr. Sandberg, my understanding is that all you're allowed to do is ask for continuance. That's correct, Your Honor. As a result of the change in leadership just this morning, I found out that we've been instructed that at appearances we're just supposed to ask for a pause in litigation to allow the new leadership to evaluate the litigation. Okay. All right. I assume counsel opposite doesn't object to that. Your Honor, briefly, I have not had time. We found out about 7.30 this morning. I've not had time to confer with all of my clients to get a position on that. I would suggest that if the government is requesting a stay of the appeal, that they file a formal motion, which would give us a chance to respond to it. Well, we do have this letter. Didn't you receive it? Yes, Your Honor. And it says, counsel will meet and confer with appellees and provide a further update to the court as soon as practicable. Counsel has been instructed not to make any appearances and then they . . . somewhere they do use informed . . . except to seek a pause in proceedings.  I'm not entirely sure what a pause is, but we are happy to meet and confer and get back to the court quickly on that. I think that's what you ought to do. Chief Judge, what do you say? Did you see the letter? I think, yes. Yes, I've seen the letter and I agree with the motion that there should be a pause and that the attorneys should confer and then they should let us know whether or not there is a need for an oral argument in this case. Will do, Your Honors. Thank you. All right. It would be helpful if you could do it pretty quickly, but I realize I don't know whether that's practical or not. All right, then we will move on to what was . . .